IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR BEDROSIAN v. THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | CIVIL ACTION NO. 15-5853 |
|---|---|

## ORDER

AND NOW, this 5th day of September, 2017, for the reasons stated in the foregoing memorandum, upon consideration of Defendant the United States' Motion in Limine (ECF 43), and all responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED. As a result of the Court's granting of the Government's Motion, the issues presented in Plaintiff Arthur Bedrosian's Motion to Permit the Use of Deposition Testimony (ECF 44) are mooted. Consequently, Plaintiff's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-5853 Bedrosian v United States\15cv5853 order re MIL.docx