# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR BEDROSIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-05853 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Plaintiff's Trial Exhibits

| EX. | DESCRIPTION | DOC. DATE | BATES |
|---|---|---|---|
| P-1 | UBS Signature Cards | Various | US0160-0162 |
| P-2 | Letter from UBS to Bedrosian dated 11/19/86 re: Confirmation of opening of safekeeping account | 11/19/86 | P-002389 |
| P-3 | Letter from UBS to Bedrosian dated 10/21/91 | 10/21/91 | P-002390 |
| P-4 | Declaration for Mail Held by the Bank | 7/5/93 | P-002321 |
| P-5 | UBS Correspondence Instructions | 10/6/04 | P-002307 |
| P-6 | Lending Proposal | 9/22/05 | P-002294 |
| P-7 | Exhibit Not Used | | |
| P-8 | Letter to Salvisberg dated 11/28/08 | 11/28/08 | P-002303-2304 |
| P-9 | Bedrosian 2007 Tax Return 1040 | 10/14/08 | SFARBER001343-001348 |
| P-10 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2007 | 10/14/08 | US0243 |
| P-11 | Bedrosian 2008 Tax Return 1040 | | |
| P-12 | Report of Foreign Bank and Financial Accounts TD F 90- | 10/9/09 | US0244 |

| | | | |
|---|---|---|---|
| | 22.1 – 2008 | | |
| P-13 | Letter from UBS to Dr. Christian Meyer | 12/7/09 | |
| P-14 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2003 | N/A | US0246-247 |
| P-15 | Bedrosian Amended 2008 Tax Return 1040X | | P-000214-232 |
| P-16 | Bedrosian Amended 2007 Tax Return 1040X | | FARBER 000000191-205 |
| P-17 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2006 | 8/12/10 | US0250-251 |
| P-18 | Letter to Bedrosian from Farber dated 8/12/10 attaching 2006 Tax Returns | 8/12/10 | SFARBER-000287-310 |
| P-19 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2007 | 8/13/10 | US0252-253 |
| P-20 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2004 | 8/20/10 | US0254-255 |
| P-21 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2005 | 8/20/10 | US0248-249 |
| P-22 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 2007-2010 | 10/1/10 | US0128-137 |
| P-23 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2008 | 10/1/10 | US0258-259 |
| P-24 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 2009 | 10/4/10 | US0256-257 |
| P-25 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – 2010 | 5/31/11 | US0260 |
| P-26 | Report of Foreign Bank and Financial Accounts TD F 90-22.1 – No year on document | 6/28/10 | US0245 |
| P-27 | Letter from Arthur Bedrosian to Internal Revenue Service | 9/9/10 | US0045-0048 |
| P-28 | Initial Contact Letter from IRS dated 4/25/11 attaching Information Document Request | 4/25/11 | US0056-057 |
| P-29 | Letter from West to Bedrosian dated 8/30/11 confirming | 8/30/11 | US0058-059 |

ACTIVE\50814950.v1-9/5/17

| | appointment. | | |
|------|-------------|---------|---------------|
| P-30 | Interview – Form 1040 dated 10/4/11 | 10/4/11 | P-000186-188 |
| P-31 | Letter from Farber to West dated 4/17/12 re: FBAR filings and attaching 2006, 2007, 2008, 2009 FBARs | 4/17/12 | US0095-103 |
| P-32 | Examining Officer's Activity Record | 3/21/11 | P-000022-024 |
| P-33 | FBAR Penalties; Post 10/22/04; Non-BSA Examines Lead Sheet (Tax Year 2008) | 3/27/12 | P-000081-084 |
| P-34 | Examining Officer's Activity Record | 4/18/12 | P-000176-178 |
| P-35 | Faxed answers to Christiansen's questionnaire dated 3/6/13 | 3/6/13 | P-000483-486 |

Respectfully submitted,

_____/s/ Patrick J. Egan_____
Patrick J. Egan, Esquire
Beth L. Weisser, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000 (telephone)
(215) 299-2150 (fax)

*Attorneys for Plaintiff Arthur Bedrosian*

Date: September 5, 2017

## CERTIFICATE OF SERVICE

I, Beth L. Weisser, hereby certify that the foregoing Exhibit List was served by ECF, upon the

following:

Katherine M. Reinhart, Esquire
Kavitha Bondada, Esquire
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Katherine.Reinhart@usdoj.gov
Kavitha.Bondada@usdoj.gov

/s/ Beth L. Weisser
Beth L. Weisser

Date: September 5, 2017

1

2