IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BEDROSIAN, ) | |
| ) | Case No. 2:15-cv-05853 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES' OBJECTIONS TO THE PLAINTIFF'S SUPPLEMENTAL
DEPOSITION DESIGNATIONS AND EXHIBITS**

The United States objects to the plaintiff's supplemental designations of the deposition testimony of John West, Pamela Christensen, and Mike Enz, who are all employees of the Internal Revenue Service. Docket Nos. 51, 55.[1] The United States also objects to exhibits P-28, P-29, P-30, P-31, P-32, P-33, P-34, and P-35. The deposition testimony and documents are not relevant to this *de novo* proceeding. This Court entered an opinion and order granting the United States' motion in limine excluding evidence of the "procedures, actions, analyses, or viewpoints of the Internal Revenue Service and its personnel at the administrative level regarding willfulness." Docket No. 52; *see also* Docket No. 51.

Because all of the deposition testimony and documents that the plaintiff seeks to admit reflect the procedures, actions, and opinions of the Internal Revenue Service and its personnel, all of this proposed evidence is encompassed within the Court's order. Therefore, none of the evidence referenced above should be admitted.

---

[1] It is not clear if the plaintiff's second supplemental deposition designations (Docket No. 55) supercedes the first supplemental deposition designations (Docket No. 51).

Date: September 6, 2017

                                        LOUIS D. LAPPEN
                                        Acting United States Attorney

                                        DAVID A. HUBBERT
                                        Acting Assistant Attorney General

                                        /s/ *Katherine M. Reinhart*
                                        KATHERINE M. REINHART
                                        KAVITHA BONDADA
                                        Trial Attorneys, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        202-307-6528/6536 (v)
                                        202-514-6866 (f)
                                        Katherine.Reinhart@usdoj.gov
                                        Kavitha.Bondada@usdoj.gov

CERTIFICATE OF SERVICE

I certify that the foregoing *United States' Objections to the Plaintiff's Supplemental Deposition Designations and Exhibits* was filed on September 6, 2017 through the Court's CM/ECF filing system, which will automatically send a copy to the following:

Patrick Egan
Beth Weisser
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
*Counsel for the Plaintiff*

    /s/ *Katherine M. Reinhart*
    KATHERINE M. REINHART