# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR BEDROSIAN | CIVIL ACTION |
|---|---|
| v. | NO. 15-5853 |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | DATE OF NOTICE: January 24, 2019 |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status and scheduling will be held on **Monday, February 4, 2019 at 2:30 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520


cc:  Beth L. Weisser, Esq. (bweisser@foxrothschild.com)
     Paul Ambrose, Jr., Esq. (pambrose@sokolbehot.com)
     Patrick Egan, Esq. (pegan@foxrothschild.com)
     Katherine M. Reinhart, Esq. (Katherine.Reinhart@usdoj.gov)
     Kavitha Bondada, Esq. (kavitha.bondada@usdoj.gov)

O:\CIVIL 15\15-5853 Bedrosian v United States\15cv5853 telecon notice re scheduling.doc