UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-3525
_____

ARTHUR BEDROSIAN

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,

Appellant
_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:15-cv-05853)
District Judge: Honorable Michael M. Baylson
_____

Argued September 25, 2018

Before: AMBRO, CHAGARES, and GREENAWAY, JR., Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District

Court for the Eastern District of Pennsylvania and was argued on September 25, 2018.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that

the judgment of the District Court entered September 20, 2017, is hereby vacated and

remanded.  No costs shall be taxed.  All of the above in accordance with the opinion of

this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  December 21, 2018    Certified as a true copy and issued in lieu
of a formal mandate on _____02/11/19_____

Teste:  *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**