# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR BEDROSIAN | CIVIL ACTION |
|---|---|
| v. | NO. 15-5853 |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | DATE OF NOTICE: March 2, 2020 |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on **Wednesday, March 4, 2020 at 4:00 p.m.**, with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

cc:   Beth L. Weisser, Esq. (bweisser@foxrothschild.com)
Paul Ambrose, Jr., Esq. (pambrose@sokolbehot.com)
Patrick Egan, Esq. (pegan@foxrothschild.com)
Katherine M. Reinhart, Esq. (Katherine.Reinhart@usdoj.gov)
Kavitha Bondada, Esq. (kavitha.bondada@usdoj.gov)

O:\CIVIL 15\15-5853 Bedrosian v United States\15cv5853 tc re status.doc