IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BEDROSIAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:15-cv-05853 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Nishant Kumar, Trial Attorney, United States Department of Justice, Tax Division, in the above-captioned matter, as counsel of record for the United States.

Dated: September 28, 2020

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Nishant Kumar
NISHANT KUMAR
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
Nishant.kumar@usdoj.gov

1

18211202.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2020, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

/s/ Nishant Kumar
NISHANT KUMAR
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Tel: (202) 514-2986
Fax: (202) 514-6866
Nishant.kumar@usdoj.gov

18211202.1