IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BEDROSIAN, ) | |
| ) | Case No. 2:15-cv-05853 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the notice of appearance entered by Katherine M. Reinhart as a counsel of record for the Defendant and Counter Claimant, United States of America, under Local Rule 5.1(c). Nishant Kumar, a Trial Attorney with the United States Department of Justice – Tax Division contemporaneously entered his appearance on behalf of the United States.

Date:    September 28, 2020

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ *Katherine M. Reinhart*
KATHERINE M. REINHART
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: 202.307.6528
Fax: 202.514.6866
Email: Katherine.Reinhart@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was filed on September 28, 2020 through the Court's CM/ECF filing system, which will automatically send a copy to the following:

Patrick Egan
Beth Weisser
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
*Counsel for the Plaintiff*

/s/ *Katherine M. Reinhart*
KATHERINE M. REINHART