# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR BEDROSIAN | CIVIL ACTION |
|---|---|
| v. | NO. 15-5853 |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | DATE OF NOTICE: October 28, 2020 |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on **Tuesday, November 10, 2020 at 2:00 p.m.**, with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 15\15-5853 Bedrosian v United States\15cv5853 tc re status.doc