## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTHUR BEDROSIAN<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE | CIVIL ACTION<br><br>NO. 15-5853 |
|---|---|

## ORDER ON REMAND FROM THIRD CIRCUIT

AND NOW, this 4th day of December, 2020, upon consideration of the Supplemental Briefing by Defendant the United States (ECF 75), a response by Plaintiff Arthur Bedrosian (ECF 76), and a reply by the United States (ECF 77), and for the reasons stated in the attached memorandum, it is hereby **ORDERED** as follows:

1. The Court finds that Arthur Bedrosian's actions were willful within the meaning of 31 U.S.C. § 5321.

2. With respect to the amount of the penalty to be imposed, the Court will require the parties to confer promptly and then file either a joint statement on this issue, or separate statements (limited to five pages double-spaced) setting forth their arguments within ten (10) days.

**BY THE COURT:**

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-5853 Bedrosian v United States\15cv5853 order on remand.docx