IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR BEDROSIAN, | ) |
| Plaintiff, | ) Case No. 2:15-cv-05853 |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

## ORDER

AND NOW, upon consideration of Plaintiff Arthur Bedrosian's motion to stay execution of judgment pending appeal and approval of bond or other security, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.  Any execution on, or proceeding to enforce, the judgment in this action [ECF 95] is stayed pending the resolution of any appeal in this matter.

It is so ORDERED this  21st  day of June, 2021.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
**Michael M. Baylson, U.S.D.J.**

123020516.2